DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MIAKKAR L. BROWN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-574

[May 9, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Colbath, Judge; L.T. Case No. 2004CF003240A.

Miakkar L. Brown, Punta Gorda, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***